**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PABLO RAMON GUERRERO,  )
                      )
  Petitioner,          )   2:13-CV-00328-JCM-CWH
                      )
vs.                    )
                      )   **ORDER**
BRIAN E. WILLIAMS, *et al.,*  )
                      )
  Respondents.        )
_____

Petitioner Pablo Ramon Guerrero has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF #1-1) and has now paid the filing fee (*see* ECF #4).

Petitioner has filed a motion for appointment of counsel (ECF #2). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). Here, it appears that the claims are somewhat

1  complex. Additionally, petitioner is serving two consecutive sentences of 15 years to life in prison.
2  Accordingly, petitioner's motion for appointment of counsel is granted.

3    **IT IS THEREFORE ORDERED** that the clerk **DETACH** and **FILE** the petition (ECF
4  #1-1.)

5    **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF
6  #2) is **GRANTED**.

7    **IT IS FURTHER ORDERED** that the federal public defender for the District of Nevada
8  ("FPD") is appointed to represent petitioner.

9    **IT IS FURTHER ORDERED** that the clerk shall **ELECTRONICALLY SERVE** the
10 FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF #1-1). The
11 FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to
12 indicate to the court its inability to represent petitioner in these proceedings.

13   **IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case,
14 the court will issue a scheduling order, which will, among other things, set a deadline for the filing of
15 a first amended petition.

16   Dated April 1, 2013.

_____
UNITED STATES DISTRICT JUDGE