**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PABLO RAMON GUERRERO,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.,*

    Respondents.

2:13-CV-00328-JCM-CWH

**ORDER**

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is represented by CJA counsel. Before the court is petitioner's motion for extension of time to file a second amended petition (ECF #10). Good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for leave and extension of time to file second amended petition (ECF #10) is **GRANTED**. Petitioner shall file his second amended petition within **ninety (90) days** of the date of entry of this order.

Dated this 22nd day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE