# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PABLO RAMON GUERRERO,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.,*

    Respondents.

2:13-CV-00328-JCM-CWH

**ORDER**

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 12, 2013, the court appointed CJA counsel to represent petitioner (ECF #8). Respondents have not yet been served with the petition or entered an appearance.

**IT IS THEREFORE ORDERED** that the clerk **SHALL SERVE** copies of the following on respondents:

    order appointing CJA counsel Mario D. Valencia (ECF #8);

    petitioner's amended petition (ECF #9); and

    order granting petitioner leave and extension of time to file second amended petition (ECF #15).

**IT IS FURTHER ORDERED** that respondents **SHALL FILE** a notice of appearance within **ten (10) days** of the date of this order. Thereafter, counsel for petitioner shall contact respondents regarding filing a joint statement.

1    **IT IS FURTHER ORDERED** that the parties **SHALL FILE** such joint statement
2 describing what portions of petitioner's state court record have been obtained and what portions are
3 missing within **thirty (30) days** of the date of this order.

4    Dated July 5, 2013.

_____
UNITED STATES DISTRICT JUDGE