# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PABLO RAMON GUERRERO, | ) | |
| Petitioner, | ) | 2:13-CV-00328-JCM-CWH |
| vs. | ) | **ORDER** |
| BRIAN E. WILLIAMS, *et al.,* | ) | |
| Respondents. | ) | |

This action is on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is represented by CJA counsel. Before the court is petitioner's renewed motion for extension of time to file a second amended petition (ECF #24). Petitioner requests an enlargement of 90 days time because, although he has now received what may be the state record, he has not had an opportunity to review the documents to determine if it is the entire record or to review the documents in order to amend the petition. Good cause appearing, the motion for time is **granted**. The amended petition shall be filed on or before December 15, 2013.

**IT IS SO ORDERED.**

Dated this __26th__ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE