UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PABLO RAMON GUERRERO,<br><br>    Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:13-cv-00328-JAD-CWH<br><br>**ORDER REOPENING CASE**<br><br>ECF No. 79 |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 19, 2015, this court granted a stay and administratively closed petitioner Pablo Ramon Guerrero's federal habeas corpus action while he litigated his state petition. ECF No. 78. Guerrero's further state-court proceedings have now concluded, and he has returned to this court, through counsel, seeking to reopen this case. ECF No. 79. Respondents have filed their notice of non-opposition to the motion to reopen. ECF No. 81. Good cause appearing, this action is reopened, and the court now sets this briefing schedule.

IT IS THEREFORE ORDERED that petitioner's motion to reopen this action **(ECF No. 79) is GRANTED**.

IT IS FURTHER ORDERED that, because the stay is lifted by this order, the Clerk is directed to REOPEN THE FILE in this action.

IT IS FURTHER ORDERED that respondents have until September 15, 2017, to answer the second-amended petition (ECF No. 26).

IT IS FURTHER ORDERED that petitioner will have **45 days** following service of respondent's filing to file and serve his response to it.

IT IS FURTHER ORDERED that the parties MUST SEND courtesy copies of all exhibits to the Reno Division of this court. Courtesy copies must be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties must provide courtesy copies of any additional exhibits submitted to the court in this case, in the manner described above.

DATED: 3 August 2017.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE