UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Pablo Ramon Guerrero, <br>     Petitioner <br> v. <br> Brian E. Williams, et al., <br>     Respondents | 2:13-cv-00328-JAD-CWH <br> **Order** <br> [ECF Nos. 83, 85] |

Petitioner Pablo Guerrero's counsel, Mario D. Valencia, moves to be relieved as counsel in this 28 U.S.C. § 2254 habeas matter because representing Guerrero is causing him unreasonable financial hardship.[1] Good cause appearing, Mr. Valencia's motion is granted. He is permitted to withdraw as counsel for Guerrero, effective immediately.

The court's Criminal Justice Act designee has located new CJA counsel who is willing to be appointed to represent Guerrero:

David K. Neidert
316 California Ave., #420
Reno, NV 89509
Telephone (775) 423-4455.

Accordingly, IT IS HEREBY ORDERED that Mario D. Valencia's motion to withdraw as attorney **[ECF No. 83] is GRANTED**.

IT IS FURTHER ORDERED that David K. Neidert is appointed to represent petitioner Guerrero. Mr. Neidert is a Criminal Justice Act (CJA) panel attorney for the United States District Court, District of Nevada. Mr. Neidert will represent petitioner in all future proceedings in this court relating to this matter (including

---

[1] ECF No. 83.

subsequent actions) and his appeals under 18. U.S.C. § 3006A(a)(2)(B) until allowed to withdraw.

IT IS FURTHER ORDERED that respondents' motion for extension of time to file a responsive pleading to the second-amended petition **[ECF No. 85] is GRANTED**. Respondents must file their responsive pleading **by December 18, 2017.**

IT IS FURTHER ORDERED that Guerrero, through counsel, will have 45 days after service of the responsive pleading to respond. If respondents file a motion to dismiss, they have 30 days after service of petitioner's opposition to file and serve their reply, if any.

IT IS FURTHER ORDERED that **the parties must SEND courtesy copies** of any additional exhibits **to the Reno Division** of this court. Courtesy copies must be mailed to the **Clerk of Court, 400 S. Virginia St., Reno, NV, 89501**, **and directed to the attention of "Staff Attorney" on the outside of the mailing address label**.

DATED: November 1, 2017.

_____
Jennifer A. Dorsey
United States District Judge