# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Pablo Ramon Guerrero,

    Petitioner

v.

Brian E. Williams, et al.,

    Respondents

Case No.: 2:13-cv-00328-JAD-CWH

**Order**

[ECF Nos. 93, 94]

    Counseled petitioner Pablo Ramon Guerrero petitions for a writ of habeas corpus under 28 U.S.C. § 2254. He requests an extension of time to file an opposition to the respondents' motion to dismiss[1] and for leave to file the opposition,[2] which he contemporaneously filed with the second motion one month after the deadline requested in the first motion had already expired. Guerrero's counsel apologizes to the court and opposing counsel for missing the deadline and "is deeply embarrassed that [a] calendaring error occurred" that resulted in his tardy filing. I find that the interests of justice require me to allow this late filing. So, with good cause appearing, IT IS HEREBY ORDERED that Guerrero's motion to extend time **[ECF No. 93] is GRANTED** *nunc pro tunc*, and his motion for leave to file an opposition to the motion to dismiss out of time **[ECF No. 94] is GRANTED**.

    Dated: June 15, 2018, *nunc pro tunc* to April 6, 2018.

    _____
    U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 93.

[2] ECF No. 94.