# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PABLO RAMON GUERRERO,

    Petitioner

v.

BRIAN E. WILLIAMS, et al.,

    Respondents

Case No.: 2:13-cv-00328-JAD-CWH

**Order**

[ECF Nos. 101, 102 & 104]

    28 U.S.C. § 2254 habeas petitioner Pablo Ramon Guerrero is represented by CJA counsel. However, Guerrero filed a pro se document that he styled a declaration abandoning ground 4(1) and "objecting" to the dismissal of grounds 12-19 (docketed as two documents at ECF Nos. 99, 100). As Guerrero has counsel, the court grants respondents' motion to strike these filings as fugitive documents. About 30 days after Guerrero filed the fugitive documents, his counsel filed a notice of voluntary abandonment of ground 4(1) (ECF No. 103). Respondents now seek an extension of time to file their answer to the remaining claims, which the court grants. Good cause appearing,

    **IT IS THEREFORE ORDERED** that respondents' motion to strike **(ECF No. 101) is GRANTED**; the Clerk of Court is directed to **STRIKE the pro se filings at ECF Nos. 99 and 100**.

    **IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file his declaration of abandonment **(ECF No. 102) is GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to file their answer to the remaining claims **(ECF No. 104) is GRANTED**. Respondents have until January 22, 2019, to file their answer.

Dated: December 21, 2018

_____
U.S. District Judge Jennifer A. Dorsey