# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PABLO RAMON GUERRERO, | Case No.: 2:13-cv-00328-JAD-DJA |
| Petitioner | |
| v. | **Order Re: Docket Sheet and Other Pending Motions** |
| BRIAN E. WILLIAMS, et al., | |
| Respondents | [ECF Nos. 128, 130, 131, 133] |

Petitioner Pablo Ramon Guerrero sought a writ of habeas corpus under 28 U.S.C. § 2254 based on claims that his trial counsel was ineffective.[1] I denied Guerrero's petition, denied a certificate of appealability, and closed this case on April 9, 2020.[2] Guerrero appealed, and the United States Court of Appeals denied Guerrero's request for a certificate of appealability on October 28, 2020.[3]

Guerrero has now moved to reopen his case and proceed in proper person to introduce newly discovered evidence, for the clerk to return an envelope that he meant to mail to the respondents, and for copies of the docket sheet.[4] The respondents moved for an enlargement of time to file their response to the motion to introduce newly discovered evidence on August 5, 2021, and thereafter, on August 11, 2021, filed their response.[5]

I reopen Guerrero's case for the limited purpose of considering his motion to introduce newly discovered evidence, and I grant his request to proceed in proper person. Regarding Guerrero's request for the clerk to return a mistakenly mailed envelope, Guerrero explains that

---

[1] ECF No. 26.

[2] ECF No. 121.

[3] ECF Nos. 123, 126.

[4] ECF Nos. 128, 129, 130, 133.

[5] ECF Nos. 131, 132.

1

he mailed a portion of his motion to introduce newly discovered evidence and the corresponding exhibits to the clerk instead of to the respondents. Because the respondents have access to the motion electronically and have already responded to the motion, Guerrero's request is moot.

IT IS THEREFORE ORDERED that the motion to reopen case and proceed in proper person **[ECF No. 128] is GRANTED for the limited purpose** of considering the motion to introduce newly discovered evidence. David K. Neidert, Esq. is released as counsel.

The motion for an envelope to be returned **[ECF No. 130] is DENIED** as moot.

The motion for copies of the docket sheet **[ECF No. 133] is GRANTED. The Clerk of Court is directed to mail a copy of the docket sheet in this case to Guerrero.**

The respondents' motion for an enlargement of time **[ECF No. 131] is GRANTED** *nunc pro tunc*, and **Guerrero's deadline to file a reply in support of his motion to introduce newly discovered evidence is extended to September 6, 2021,** to give Guerrero adequate time to receive a copy of the docket sheet.

Dated: August 22, 2021

_____
U.S. District Judge Jennifer A. Dorsey